**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SEAVON PIERCE, | ) | No. EDCV 10-474-VAP(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| FERNANDO GONZALEZ, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this petition is summarily dismissed as duplicative of another petition pending in this court.

DATED: April 28, 2010

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
United States District Judge